# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA

    v.

BILLY GENE JEFFERSON, JR.,

    Defendant.

2:26-MC-002

## ORDER

Billy Gene Jefferson, Jr. was convicted of several offenses in the U.S. District Court for the Eastern District of Virginia. United States v. Jefferson, Case No. 3:14cr66 (E.D. Va. Sept. 25, 2014), ECF 36. That court sentenced Jefferson to twenty years' imprisonment, to be followed by three years of supervised release. Id. On December 12, 2024, President Biden commuted Jefferson's sentence, calling for his sentence of confinement to expire on April 11, 2025, but leaving all other terms of his sentence and supervised release in place. Id., ECF 110. Jefferson was released from Bureau of Prisons' custody on April 11, 2025 and now resides, it appears, in the Southern District of Georgia. He now moves this Court for early termination of his term of supervised release. Jefferson's motion is procedurally improper, as it should have been filed in the Eastern District of Virginia where he was sentenced. See United States v. Johnson, 529 U.S. 53, 60 (2000)

("The *trial court*, as it sees fit, may . . . terminate an individual's supervised release obligation[.]" (emphasis added) (citing 18 U.S.C. § 3583(e)(1)). Accordingly, Jefferson's motion is **DISMISSED**.

**SO ORDERED**, this \_\_14\_\_ day of June, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2